UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

ALEXIS MOORE,

      Plaintiff,

           v.

CASE NO: 9:18-cv-81586-RLR

RADIUS GLOBAL SOLUTIONS, LLC,
f/k/a NORTHLAND GROUP, LLC,

      Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Radius Global Solutions, LLC f/k/a Northland Group, LLC ("RGS"), through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: April 11, 2019

                                          Respectfully submitted,

                                          */s/ Michael P. Schuette*
                                          Michael P. Schuette, Esq.
                                          Florida Bar No. 0106181
                                          Dayle M. Van Hoose, Esq.
                                          Florida Bar No. 0016277
                                          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                          3350 Buschwood Park Drive, Suite 195
                                          Tampa, Florida 33618
                                          Telephone: (813) 890-2460
                                          Facsimile: (877) 334-0661

mschuette@sessions.legal
dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Radius Global Solutions, LLC,*
*f/k/a Northland Group, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 11th day of April 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

David M. Marco, Esq.
SmithMarco, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
dmarco@smithmarco.com

*/s/ Michael P. Schuette*
Attorney