IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| **ALEXIS MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | 9:18-cv-81586-RLR |
| v. ) | |
| ) | **Judge Rosenberg** |
| **RADIUS GLOBAL SOLUTIONS, LLC,** ) | **Magistrate Judge Reinhart** |
| **f/k/a NORTHLAND GROUP, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party.

**Date:**     May 31, 2019

| For Plaintiff, Alexis Moore | For Defendant, Radius Global Solutions, LLC f/k/a Northland Group, LLC |
|---|---|
| /s David M. Marco | s/ Michael P. Schutte |
| SMITHMARCO, P.C. | Sessions, Fishman, Nathan & Israel |
| 55 W. Monroe Street, Suite 1200 | 3350 Buschwood Park Dr., Suite 195 |
| Chicago, IL 60603 | Tampa, FL 33618 |
| **Telephone:** (312) 546-6539 | **Telephone:** (813) 890-2472 |
| **Facsimile:** (888) 418-1277 | **Facsimile:** (866) 466-3140 |
| **E-mail:** dmarco@smithmarco.com | **E-mail:** mschuette@sessions.legal |