UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  9:18-CV-81586-ROSENBERG/REINHART

ALEXIS MOORE,

    Plaintiff,

v.

RADIUS GLOBAL SOLUTIONS, LLC,
*formerly known as* NORTHLAND
GROUP, LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

This cause is before the Court on the parties' Stipulation to Dismiss With Prejudice at docket entry 21.  In light of the fact that this case has been dismissed, it is **ORDERED AND ADJUDGED** that:

1. All pending motions are **DENIED AS MOOT**, all hearings are **CANCELLED,** and all deadlines are **TERMINATED**.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 31st day of May, 2019.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record